CAH: USAO#2018R00221

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2018 MAY -2 PM 5:02

AT BALTIMORE

BY _____ DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) CRIMINAL NO. GLR-18-0265 |
| ANTWAN BASS and DANIELLE ROBINSON, | ) (Conspiracy to Distribute Heroin and Cocaine, 21 U.S.C. § 846; Possession with Intent to Distribute Heroin and Cocaine, 21 U.S.C. § 841; Aiding and Abetting, 18 U.S.C. § 2) |
| Defendants. | ) |

## INDICTMENT

### COUNT 1
(Conspiracy to Distribute Heroin and Cocaine)

The Grand Jury for the District of Maryland charges that:

From at least in or about November 2017 through March 13, 2018, in the District of Maryland and elsewhere, the defendants,

**ANTWAN BASS
and
DANIELLE ROBINSON,**

did knowingly and willfully combine, conspire, confederate, and agree with others known and unknown to the Grand Jury to knowingly and intentionally distribute and possess with intent to distribute one kilogram or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance; and 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A), (b)(1)(B).

21 U.S.C. § 846

## COUNT 2
### (Possession With Intent To Distribute Heroin and Cocaine)

The Grand Jury for the District of Maryland charges that:

On or about March 13, 2018, in the District of Maryland, the defendants,

**ANTWAN BASS**
**and**
**DANIELLE ROBINSON,**

knowingly and willfully possessed with intent to distribute one kilogram or more of a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance; and 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A), (b)(1)(B).

21 U.S.C. § 841.
18 U.S.C. § 2

*Robert Hur/CAH*
ROBERT K. HUR
UNITED STATES ATTORNEY

A TRUE BILL:

5/2/18
Date

SIGNATURE REDACTED

Foreperson